In re   **Honolulu Symphony Society**                                       Case No.   **09-02978**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Honolulu Symphony Society**                      Case No. _____ **09-02978** _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**19**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re     **Honolulu Symphony Society**
_____
                    Debtor

Case No.  **09-02978**
_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | October 24, 2009 | | | | | | |
| Adam Baron 95-945 Ukuwai, #1203 Mililani, HI 96789 | - | | | | | | | 587.25 | 0.00 | 587.25 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Alexander Margolis 818 S. King Street, #1905 Honolulu, HI 96813 | - | | | | | | | 1,095.19 | 0.00 | 1,095.19 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Andrew Eckard 710 Lunalilo Street, #501 Honolulu, HI 96813 | - | | | | | | | 1,430.16 | 0.00 | 1,430.16 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Ann Krinitsky 833 Papalalo Place Honolulu, HI 96825 | - | | | | | | | 1,096.42 | 0.00 | 1,096.42 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Anna Womack 6215 Kawaihae Place, #B102 Honolulu, HI 96825 | - | | | | | | | 1,209.89 | 0.00 | 1,209.89 |

Sheet __1__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,418.91 | 5,418.91 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                            Case No.    09-02978
_____                      _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | October 24, 2009 | | | | | | |
| Arlene Koh 1655 Makaloa Street, #1914 Honolulu, HI 96814 | | - | | | | | 226.41 | 0.00 | 226.41 |
| Account No. | | | October 24, 2009 | | | | | | |
| Brien Matson P.O. Box 4064 Honolulu, HI 96812 | | - | | | | | 587.25 | 0.00 | 587.25 |
| Account No. | | | October 24, 2009 | | | | | | |
| Bruce Hamada 3852 Anuhea Street Honolulu, HI 96816 | | - | | | | | 475.79 | 0.00 | 475.79 |
| Account No. | | | October 24, 2009 | | | | | | |
| Catherine Weinfield 343 Clarksville Road Princeton Junction, NJ 08550 | | - | | | | | 1,085.42 | 0.00 | 1,085.42 |
| Account No. | | | October 24, 2009 | | | | | | |
| Claire Sakai Hazzard 1717 Mott Smith Drive, #2202 Honolulu, HI 96822-2835 | | - | | | | | 1,655.66 | 0.00 | 1,655.66 |

Sheet __2__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 4,030.53 | 4,030.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                         Case No.    **09-02978**
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | October 24, 2009 | | | | | |
| **Claire Starz Butin** **1226 Alexander, #405** **Honolulu, HI 96826** | - | | | | | | | | 1,376.91 | 0.00 / 1,376.91 |
| Account No. | | | | | October 24, 2009 | | | | | |
| **Constance Uejio** **919 20th Avenue** **Honolulu, HI 96816** | - | | | | | | | | 1,440.74 | 0.00 / 1,440.74 |
| Account No. | | | | | October 24, 2009 | | | | | |
| **Daniel Alexander** **3616 Richmond Avenue** **Houston, TX 77046** | - | | | | | | | | 1,085.42 | 0.00 / 1,085.42 |
| Account No. | | | | | October 24, 2009 | | | | | |
| **Daniel Padilla** **2268 Hikino Street** **Honolulu, HI 96821** | - | | | | | | | | 1,108.19 | 0.00 / 1,108.19 |
| Account No. | | | | | October 24, 2009 | | | | | |
| **Darel Stark** **1296 Kapiolani Boulevard, #4406** **Honolulu, HI 96814** | - | | | | | | | | 1,283.08 | 0.00 / 1,283.08 |

Sheet _**3**_ of _**19**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
6,294.34    6,294.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**            Case No.    __09-02978__

<u>                             Debtor                        </u>,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | October 24, 2009 | | | | | |
| **Don Hazzard**<br>**1717 Mott Smith Drive, #2202**<br>**Honolulu, HI 96822-2835** | - | | | | | | | 226.41 | 0.00<br>226.41 |
| **Account No.** | | | | October 24, 2009 | | | | | |
| **Don Hutchison**<br>**1318 Kokohead Avenue**<br>**Honolulu, HI 96816** | - | | | | | | | 481.79 | 0.00<br>481.79 |
| **Account No.** | | | | October 24, 2009 | | | | | |
| **Duane Padilla**<br>**1535 Pensacola Street**<br>**Honolulu, HI 96822** | - | | | | | | | 237.41 | 0.00<br>237.41 |
| **Account No.** | | | | October 24, 2009 | | | | | |
| **Duane White**<br>**1127 Davenport, #201**<br>**Honolulu, HI 96822** | - | | | | | | | 1,159.77 | 0.00<br>1,159.77 |
| **Account No.** | | | | October 24, 2009 | | | | | |
| **Elaine Lu**<br>**1060 Kamehameha Highway, #1002A**<br>**Pearl City, HI 96782** | - | | | | | | | 1,101.42 | 0.00<br>1,101.42 |

Sheet __4__ of __19__ continuation sheets attached to         Subtotal         0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     3,206.80     3,206.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                    Case No. ___09-02978___
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Eric Shin**<br>**2411 Quenby Street, #2**<br>**Houston, TX 77005** | | - | | | **October 24, 2009** | | | | 1,364.91 | 0.00<br><br>1,364.91 |
| Account No.<br><br>**Ethan Pernela**<br>**500 University Avenue, #1106**<br>**Honolulu, HI 96826** | | - | | | **October 24, 2009** | | | | 703.20 | 0.00<br><br>703.20 |
| Account No.<br><br>**Fumiko Wellington**<br>**P.O. Box 1157**<br>**Kaneohe, HI 96744** | | - | | | **October 24, 2009** | | | | 469.79 | 0.00<br><br>469.79 |
| Account No.<br><br>**Geoffrey Stone**<br>**1447 Kewalo Street, #201**<br>**Honolulu, HI 96822** | | - | | | **October 24, 2009** | | | | 1,108.42 | 0.00<br><br>1,108.42 |
| Account No.<br><br>**George Warnock**<br>**2948 E. Manoa Road, #C**<br>**Honolulu, HI 96822** | | - | | | **October 24, 2009** | | | | 1,378.77 | 0.00<br><br>1,378.77 |

Sheet __5__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 5,025.09 | 5,025.09 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                    Case No. ___**09-02978**___
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | October 24, 2009 | | | | | | |
| Helen Higa 1339 Kokohead Avenue Honolulu, HI 96816 | - | | | | | | | 715.20 | 0.00 | 715.20 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Hung Wu 500 University Avenue, #1106 Honolulu, HI 96826 | - | | | | | | | 1,469.66 | 0.00 | 1,469.66 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Ignace Jang 1758 Ala Aolani Street Honolulu, HI 96819 | - | | | | | | | 2,332.64 | 0.00 | 2,332.64 |
| Account No. | | | | October 24, 2009 | | | | | | |
| J. Scott Janusch 1452 Liholiho Street, #PH-601 Honolulu, HI 96822 | - | | | | | | | 1,804.62 | 0.00 | 1,804.62 |
| Account No. | | | | October 24, 2009 | | | | | | |
| James Albrecht 99 N. Main Street, #1211 Memphis, TN 38103 | - | | | | | | | 67.92 | 0.00 | 67.92 |
| Sheet _6_ of _19_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 6,390.04 | 0.00 | 6,390.04 |

In re   **Honolulu Symphony Society**      Case No.   __**09-02978**__

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | October 24, 2009 | | | | | |
| James Moffitt 949 Prospect Street, #207 Honolulu, HI 96822 | | - | | | | | 1,517.14 | 0.00 / 1,517.14 |
| Account No. | | | October 24, 2009 | | | | | |
| Jared Lantzy 1013 Prospect Street, #812 Honolulu, HI 96822 | | - | | | | | 1,085.42 | 0.00 / 1,085.42 |
| Account No. | | | October 24, 2009 | | | | | |
| Jason Byerlotzer 1069 Spencer #1101 Honolulu, HI 96822 | | - | | | | | 1,362.77 | 0.00 / 1,362.77 |
| Account No. | | | October 24, 2009 | | | | | |
| Jason Doherty 1778 Ala Moana Boulevard Honolulu, HI 96815 | | - | | | | | 1,539.90 | 0.00 / 1,539.90 |
| Account No. | | | October 24, 2009 | | | | | |
| Jean-Michael Jacquon 2231 Ala Wai Boulevard, #603 Honolulu, HI 96815 | | - | | | | | 1,130.10 | 0.00 / 1,130.10 |

Sheet **7** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    6,635.33    0.00 / 6,635.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                          Case No.  **09-02978**
_____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | October 24, 2009 | | | | | | |
| Joanna Fleming 2030 Kakela Drive Honolulu, HI 96822 | | - | | | | | | 1,187.23 | 0.00 | 1,187.23 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Joanna Morrison 762 Luakaha Street Honolulu, HI 96816 | | - | | | | | | 1,179.32 | 0.00 | 1,179.32 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Johanna Bourkova 2410 Cleghorn Street, #1501 Honolulu, HI 96815 | | - | | | | | | 1,174.32 | 0.00 | 1,174.32 |
| Account No. | | | | October 24, 2009 | | | | | | |
| John Gallagher 1505 Alexander #802 Honolulu, HI 96822 | | - | | | | | | 1,123.96 | 0.00 | 1,123.96 |
| Account No. | | | | October 24, 2009 | | | | | | |
| Jonathan Parrish 876 Curtis Street, #1601 Honolulu, HI 96813 | | - | | | | | | 1,409.96 | 0.00 | 1,409.96 |

Sheet **8** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 6,074.79 | 6,074.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                              Case No.   **09-02978**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | October 24, 2009 | | | | | |
| Jordan Schifino 818 S. King Street, #505 Honolulu, HI 96813 | - | | | | | | | 1,350.80 | 0.00 / 1,350.80 |
| Account No. | | | | October 24, 2009 | | | | | |
| Judy Barrett 1297 Ulupii Street Kailua, HI 96734 | - | | | | | | | 1,425.64 | 0.00 / 1,425.64 |
| Account No. | | | | October 24, 2009 | | | | | |
| Karen Bechtel 1466 Akeakamai Street Honolulu, HI 96816 | - | | | | | | | 1,125.21 | 0.00 / 1,125.21 |
| Account No. | | | | October 24, 2009 | | | | | |
| Katharine Hafner 1931 Puowaina Drive Honolulu, HI 96813 | - | | | | | | | 853.25 | 0.00 / 853.25 |
| Account No. | | | | December 16-17, 2009 | | | | | |
| Keith Kadoyama 225 Nichols St. Wahiawa, HI 96786 | - | | | | | | | 208.33 | 0.00 / 208.33 |

Sheet  **9**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

4,963.23      4,963.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                    Case No.    **09-02978**
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.  | | | October 24, 2009 | | | | | |
| Kenneth Hafner 1931 Puowaina Drive Honolulu, HI 96813 | | - | | | | | 1,208.62 | 0.00 1,208.62 |
| Account No.  | | | December 16-17, 2009 | | | | | |
| Kerry Holladay PO Box 4212 Honolulu, HI 96812 | | - | | | | | 322.92 | 0.00 322.92 |
| Account No.  | | | October 24, 2009 | | | | | |
| Kim Kiyabu 879 Kahena Street Honolulu, HI 96825 | | - | | | | | 1,356.77 | 0.00 1,356.77 |
| Account No.  | | | October 24, 2009 | | | | | |
| Kirby Nunez 1415 Victoria Street, #1104 Honolulu, HI 96822 | | - | | | | | 1,544.01 | 0.00 1,544.01 |
| Account No.  | | | October 24, 2009 | | | | | |
| Kyle Hanki 1655 Makaloa Street, #2005 Honolulu, HI 96814 | | - | | | | | 236.41 | 0.00 236.41 |

Sheet __10__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 4,668.73 | 4,668.73

In re   **Honolulu Symphony Society**                                                  Case No.   **09-02978**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Larry Cook**<br>**255 Huali Street, #304**<br>**Honolulu, HI 96813** | - | | October 24, 2009 | | | | 481.79 | 0.00<br><br>481.79 |
| Account No.<br><br>**Louise Ching**<br>**1558A Piikoi Street**<br>**Honolulu, HI 96822** | - | | October 24, 2009 | | | | 1,127.21 | 0.00<br><br>1,127.21 |
| Account No.<br><br>**Maile Kali Reeves**<br>**1621 Dole Street, #502**<br>**Honolulu, HI 96822** | - | | October 24, 2009 | | | | 233.41 | 0.00<br><br>233.41 |
| Account No.<br><br>**Majken Mechling**<br>**275 Elelupe Road**<br>**Honolulu, HI 96821** | - | | December 16-17, 2009 | | | | 911.46 | 0.00<br><br>911.46 |
| Account No.<br><br>**Mark Stein**<br>**521 R Salem Street**<br>**North Andover, MA 01845** | - | | October 24, 2009 | | | | 720.98 | 0.00<br><br>720.98 |

Sheet **11** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

3,474.85      3,474.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                              Case No.    **09-02978**
_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | October 24, 2009 | | | | | |
| Marsha Schweitzer 905 Spencer Street, #404 Honolulu, HI 96822 | - | | | | | | | 1,384.32 | 0.00 1,384.32 |
| Account No. | | | | October 24, 2009 | | | | | |
| Matthew Eckenhoff 401 Golfview Road Wallingford, PA 19086 | - | | | | | | | 1,139.69 | 0.00 1,139.69 |
| Account No. | | | | October 24, 2009 | | | | | |
| Matthew Roitstein P.O. Box 55093 Valencia, CA 91385 | - | | | | | | | 1,193.95 | 0.00 1,193.95 |
| Account No. | | | | October 24, 2009 | | | | | |
| Melissa Lund 1013 Prospect Street, #812 Honolulu, HI 96822 | - | | | | | | | 1,085.42 | 0.00 1,085.42 |
| Account No. | | | | October 24, 2009 | | | | | |
| Melvin Whitney 2847 Booth Road Honolulu, HI 96813 | - | | | | | | | 1,185.82 | 0.00 1,185.82 |

Sheet  **12**  of  **19**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,989.20 | 5,989.20 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                      Case No.    **09-02978**
_____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | October 24, 2009 | | | | | |
| Mia Lai-Carlson 91-1049 Panapanaphi Ewa Beach, HI 96706 | | - | | | | | | 481.79 | 0.00 / 481.79 |
| Account No. | | | | October 24, 2009 | | | | | |
| Michael Gorman 47-475 Hui Io Street Kaneohe, HI 96744 | | - | | | | | | 1,242.90 | 0.00 / 1,242.90 |
| Account No. | | | | October 24, 2009 | | | | | |
| Michael Martin 3260 Mary Drive Marietta, GA 30066 | | - | | | | | | 169.80 | 0.00 / 169.80 |
| Account No. | | | | October 24, 2009 | | | | | |
| Michael Vonderburgh 1284 Pihana Street Honolulu, HI 96825 | | - | | | | | | 587.25 | 0.00 / 587.25 |
| Account No. | | | | October 24, 2009 | | | | | |
| Michiko Singh 305 Opihikau Place #462 Honolulu, HI 96825 | | - | | | | | | 1,170.34 | 0.00 / 1,170.34 |

Sheet _13_ of _19_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,652.08 | 3,652.08 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **Honolulu Symphony Society**                                              Case No. ____**09-02978**____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nicole Routman**<br>**1505 Alexander Street, #1104**<br>**Honolulu, HI 96822** | - | | October 24, 2009 | | | | 1,151.03 | 0.00 | 1,151.03 |
| Account No.<br><br>**Norman Foster**<br>**1687 Pensacola Street, #803**<br>**Honolulu, HI 96822** | - | | October 24, 2009 | | | | 1,475.93 | 0.00 | 1,475.93 |
| Account No.<br><br>**Patrick Broadwell** | - | | | | | | 469.79 | 0.00 | 469.79 |
| Account No.<br><br>**Patrick Hennessey**<br>**1316A Osorio Place**<br>**Honolulu, HI 96814-1034** | - | | October 24, 2009 | | | | 469.79 | 0.00 | 469.79 |
| Account No.<br><br>**Paul Barrett**<br>**1297 Ulupii Street**<br>**Kailua, HI 96734** | - | | October 24, 2009 | | | | 1,614.13 | 0.00 | 1,614.13 |

Sheet __14__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | 0.00 | |
| (Total of this page) | 5,180.67 | | 5,180.67 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Honolulu Symphony Society**                                   Case No.   **09-02978**
_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | | |
| Account No. | | | | | October 24, 2009 | | | | | | |
| Pauline Bai 927 Prospect Street, #801 Honolulu, HI 96822 | - | | | | | | | | 715.20 | 0.00 | 715.20 |
| Account No. | | | | | October 24, 2009 | | | | | | |
| Pavel Morunov 2410 Cleghorn Street, #105 Honolulu, HI 96815 | - | | | | | | | | 1,205.96 | 0.00 | 1,205.96 |
| Account No. | | | | | October 24, 2009 | | | | | | |
| Philip Gottling III 1717 Mott Smith Drive, #812 Honolulu, HI 96822 | - | | | | | | | | 1,287.28 | 0.00 | 1,287.28 |
| Account No. | | | | | October 24, 2009 | | | | | | |
| Rami Gepner 1717 Mott Smith Drive, #1910 Honolulu, HI 96822 | - | | | | | | | | 1,215.13 | 0.00 | 1,215.13 |
| Account No. | | | | | December 16-17, 2009 | | | | | | |
| Robert Timothy Gillis 99-1774 Aiea Heights Dr. Aiea, HI 96701 | - | | | | | | | | 234.38 | 0.00 | 234.38 |

Sheet  **15**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
|  | | 4,657.95 | 4,657.95 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                           Case No.    **09-02978**
_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | October 24, 2009 | | | | | |
| Russel Ishida 4237 Kilauea Avenue Honolulu, HI 96816 | | - | | | | | | 0.00 226.41 | 226.41 |
| Account No. | | | | October 24, 2009 | | | | | |
| Sandra Wong P.O. Box 11186 Honolulu, HI 96828 | | - | | | | | | 0.00 1,127.21 | 1,127.21 |
| Account No. | | | | October 24, 2009 | | | | | |
| Scott Anderson 1441 Victoria Street, #1404 Honolulu, HI 96822 | | - | | | | | | 0.00 1,271.34 | 1,271.34 |
| Account No. | | | | October 24, 2009 | | | | | |
| Scott Villiger 1483 Kiukee Place Kailua, HI 96734 | | - | | | | | | 0.00 475.79 | 475.79 |
| Account No. | | | | October 24, 2009 | | | | | |
| Sheryl Shohet 94-1058 Oli Loop Waipahu, HI 96797 | | - | | | | | | 0.00 1,217.04 | 1,217.04 |

Sheet __16__ of __19__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,317.79 | 4,317.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Honolulu Symphony Society**                              Case No. ___**09-02978**___

_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stan Muncy**<br>**869 Las Lomas Drive**<br>**Milpitas, CA 95035** | | - | October 24, 2009 | | | | **1,193.96** | 0.00 | **1,193.96** |
| Account No.<br><br>**Stephen Dinion**<br>**1441 Victoria Street, #505**<br>**Honolulu, HI 96822** | | - | October 24, 2009 | | | | **1,525.13** | 0.00 | **1,525.13** |
| Account No.<br><br>**Steven Flanter**<br>**1017 Green Street, #F**<br>**Honolulu, HI 96822** | | - | October 24, 2009 | | | | **1,448.56** | 0.00 | **1,448.56** |
| Account No.<br><br>**Timothy Leong**<br>**2138 Pauloa Place**<br>**Honolulu, HI 96821** | | - | October 24, 2009 | | | | **1,108.21** | 0.00 | **1,108.21** |
| Account No.<br><br>**William Beimes**<br>**47-166 Lile Place**<br>**Kaneohe, HI 96744** | | - | October 24, 2009 | | | | **469.79** | 0.00 | **469.79** |

Sheet __17__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | **5,745.65** | **5,745.65** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                    Case No. ___**09-02978**___
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Zanuck Lindsey**<br>**1164 Bishop Street, #129-343**<br>**Honolulu, HI 96813** | - | | **October 24, 2009** | | | | **599.25** | 0.00<br><br>**599.25** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __18__ of __19__ continuation sheets attached to                       Subtotal | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page) | **599.25** | **599.25** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Honolulu Symphony Society**          Case No.    **09-02978**
_____
                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | October 24, 2009 | | | | | |
| **Internal Revenue Service** **PO Box 21126** **Philadelphia, PA 19114** | - | | **Payroll taxes** | | | | | 0.00 |
| | | | | | | | 13,216.96 | 13,216.96 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __19__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 13,216.96 | 13,216.96 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 99,542.19 | 99,542.19 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037