In re   **Honolulu Symphony Society**                        Case No.    **09-02978**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Absolutely Music, Inc.**<br>**128 Starlite Street**<br>**South San Francisco, CA 94080** | - | | pre 9/30/2007 | | | | 135.00 |
| Account No. **x7072** <br><br>**Advanced Data Network, Inc.**<br>**P.O. Box 976**<br>**North Hollywood, CA 91603-0976** | - | | 7/7/2009 | | | | 517.92 |
| Account No. <br><br>**Affluent Oahu**<br>**437 Kawailoa Road, #C**<br>**Kailua, HI 96734** | - | | 4/15/2008 | | | | 2,131.00 |
| Account No. **xx9104** <br><br>**AFM&E Pension Fund**<br>**One Penn Plaza, #3115**<br>**New York, NY 10119** | - | | 11/23/2008 | | | | 223,535.21 |

<u> **30** </u>  continuation sheets attached                                        Subtotal<br>(Total of this page)      **226,319.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   S/N:35081-091120   Best Case Bankruptcy

In re    **Honolulu Symphony Society**        Case No.    **09-02978**

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/29/2008 | | | | |
| Akal Security, Inc.<br>P.O. Box 840222<br>Dallas, TX 75284-8402 | - | | | | | | 13,840.05 |
| Account No. | | | 5/9/2008 | | | | |
| Akita Enterprises, Ltd.<br>2960 Aukele Street<br>Lihue, HI 96766 | - | | | | | | 704.00 |
| Account No. | | | pre 9/30/2007 | | | | |
| Aloha Rubber Stamp, LLC<br>801 Alakea Street, #123<br>Honolulu, HI 96813 | - | | | | | | 25.13 |
| Account No. | | | pre 9/30/2007 | | | | |
| American Symphony Orchestra<br>33 W. 60th Street, 5th Floor<br>New York, NY 10023-7905 | - | | | | | | 50.00 |
| Account No. | | | 10/24/2009 | | | | |
| Andreas Delfs<br>68 South Street<br>Trumansburg, NY 14886 | - | | | | | | 40,800.00 |

Sheet no. __1__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal<br>                                  (Total of this page)     **55,419.18**

In re   **Honolulu Symphony Society**                                  Case No.   **09-02978**

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Andrew Eckard** <br> **710 Lunalilo St. #501** <br> **Honolulu, HI 96813** | - | | | | | | 502.66 |
| **Account No.** <br><br> **Artists Acquisition LLC** <br> **825 Eighth Avenue** <br> **New York, NY 10019** | - | | 6/5/2008 | | | | 26,355.00 |
| **Account No.** <br><br> **Arts Management Group** <br> **37 W. 26th Street, #403** <br> **New York, NY 10010-1006** | - | | pre 9/30/2007 | | | | 8,000.00 |
| **Account No. xxxxx1855** <br><br> **ASCAP** <br> **21678 Network Place** <br> **Chicago, IL 60673-1216** | - | | 10/18/2009 | | | | 55,233.82 |
| **Account No. xxxxx3037** <br><br> **AT&T Mobility** <br> **P.O. Box 30178** <br> **Los Angeles, CA 90030-0178** | - | | 2/29/2008 | | | | 31.06 |

Sheet no. __2__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal <br> (Total of this page)      **90,122.54**

In re    **Honolulu Symphony Society**                                    Case No.    **09-02978**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Audio Video Hawaii**<br>**P.O. Box 213**<br>**Aiea, HI 96701** | - | | 3/26/2008 | | | | 100.00 |
| Account No.<br><br>**Bigger Bird Creative, Inc.**<br>**1670 Makaloa Street, #204**<br>**PMB 350**<br>**Honolulu, HI 96814-3232** | - | | 1/1/2009 | | | | 3,539.83 |
| Account No. **xxx8100**<br><br>**BMI General Licensing**<br>**P.O. Box 406741**<br>**Atlanta, GA 30384-6741** | - | | 9/30/2009 | | | | 5,549.58 |
| Account No. **xxxx3101**<br><br>**Boosey and Hawkes**<br>**35 East 21st Street**<br>**New York, NY 10010** | - | | 9/4/2009 | | | | 2,593.00 |
| Account No.<br><br>**Busch Consulting, Inc.**<br>**P.O. Box 23360**<br>**Honolulu, HI 96823-3360** | - | | 11/1/2007 | | | | 6,083.56 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,865.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Honolulu Symphony Society**                              Case No. **09-02978**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx6788** <br><br> **Castle & Cooke Properties Inc.** <br> **P.O. Box 31000** <br> **Honolulu, HI 96849-5247** | - | | | | 6/1/2009 | | | | **62,985.41** |
| Account No. <br><br> **Christopher Minnes** <br> **1661 Mott Smith Drive** <br> **Honolulu, HI 96822** | - | | | | pre 9/30/2007 | | | | **70.58** |
| Account No. <br><br> **City and County of Honolulu** <br> **777 Ward Avenue** <br> **Honolulu, HI 96814** | - | | | | 10/4/2009 | | | | **8,320.69** |
| Account No. <br><br> **Clear Channel Broadcasting** <br> **P.O. Box 50623** <br> **Los Angeles, CA 90074-0623** | - | | | | 8/31/2008 | | | | **14,483.30** |
| Account No. <br><br> **Columbia Artists Management, Inc.** <br> **1790 Broadway** <br> **New York, NY 10019** | - | | | | 4/12/2009 | | | | **6,665.00** |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **92,524.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Honolulu Symphony Society**                             Case No.    **09-02978**

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | 9/30/2008 | | | | |
| **Commercial Data Systems**<br>**50 South Beretania Street**<br>**Honolulu, HI 96813-2208** | - | | | | | | |
| | | | | | | | 238,145.84 |
| **Account No.** | | | 9/4/2009 | | | | |
| **Curtis Long**<br>**3516 Spring Valley Court**<br>**Birmingham, AL 35223** | - | | | | | | |
| | | | | | | | 3,000.00 |
| **Account No.** | | | 11/28/2008 | | | | |
| **Cyril L. Pahinui**<br>**94-870 Lumiauau Street #K-104**<br>**Waipahu, HI 96797** | - | | | | | | |
| | | | | | | | 1,409.32 |
| **Account No.** | | | pre 9/30/2007 | | | | |
| **Dalton Associates**<br>**P.O. Box 3383**<br>**Newport Beach, CA 92659** | - | | | | | | |
| | | | | | | | 2,500.00 |
| **Account No.** | | | 10/17/2009 | | | | |
| **Daniel Alexander**<br>**3616 Richmond Avenue, #2335**<br>**Houston, TX 77046** | - | | | | | | |
| | | | | | | | 1,000.00 |

Sheet no.  **5**  of  **30**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                      **246,055.16**
                             (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                      Case No.  **09-02978**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | pre 9/30/2007 | | | | |
| Dateline Media 614 South Street Honolulu, HI 96813 | - | | | | | | 786.91 |
| Account No. | | | 12/27/2007 | | | | |
| David Crigger (William Morris) 2100 West End Avenue, #1000 Nashville, TN 37203 | - | | | | | | 537.60 |
| Account No. | | | 8/5/2009 | | | | |
| DEG HI, LLC 1132 Bishop Street, #2305 Honolulu, HI 96813 | - | | | | | | 469,860.44 |
| Account No. | | | 8/22/2008 | | | | |
| Dennis D. Kamakahi 3215 Ala Ilima Street, #B606 Honolulu, HI 96818 | - | | | | | | 1,409.32 |
| Account No. | | | 4/20/2009 | | | | |
| Deshannon Higa 1505 Alexander Street, #1204 Honolulu, HI 96822 | - | | | | | | 1,412.50 |

Sheet no. __6__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **474,006.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Honolulu Symphony Society**        Case No. **09-02978**

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Direct Mail Advertisers, Inc.<br>P.O. Box 30929<br>Honolulu, HI 96820-0929 | - | | 12/18/2007 | | | | 399.32 |
| Account No.<br><br>Donald Koelper<br>2336 Aha Maka Way<br>Honolulu, HI 96821 | - | | 12/17/2007 | | | | 62.82 |
| Account No. **HSO**<br><br>Duane Padilla<br>1535 Pensacola Street, #PH2<br>Honolulu, HI 96822 | - | | 10/10/2008 | | | | 7,500.00 |
| Account No.<br><br>E-Clips, LLC<br>P.O. Box 301<br>Kailua, HI 96734 | - | | pre 9/30/2007 | | | | 1,284.31 |
| Account No.<br><br>Edward Enterprises, Inc.<br>P.O. Box 30468<br>Honolulu, HI 96820 | - | | 5//2009 | | | | 978.44 |

Sheet no. **7** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,224.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Honolulu Symphony Society**                                    Case No. **09-02978**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx5918**<br><br>**Elite Limousine Service**<br>**1056 12th Avenue, #E**<br>**Honolulu, HI 96816-2269** | | - | | 3/15/2009 | | | | 11,544.89 |
| Account No.<br><br>**Eric Owens**<br>**(IMG Artists)**<br>**152 W. 57th Street, 5th Floor**<br>**New York, NY 10019** | | - | | 12/18/2007 | | | | 6,290.00 |
| Account No.<br><br>**Erica Spangler**<br>**2648 Kuilei Street**<br>**Honolulu, HI 96826** | | - | | 8/20/2008 | | | | 43.64 |
| Account No. **xx9706**<br><br>**European American Music Distributor**<br>**(Rental Library)**<br>**254 W. 31st Street, 15th Floor**<br>**New York, NY 10001-2813** | | - | | 9/24/2009 | | | | 2,182.08 |
| Account No.<br><br>**Evans Mirageas**<br>**915 Evans Way**<br>**Mound, MN 55364-7383** | | - | | pre 9/30/2007 | | | | 9,000.00 |

Sheet no. **8** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    29,060.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Honolulu Symphony Society**                              Case No.   **09-02978**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Expression! Magazine**<br>**P.O. Box 22487**<br>**Honolulu, HI 96823** | - | | 10/2/2008 | | | | 1,326.19 |
| Account No. **774**<br><br>**FCA Hawaii**<br>**720 Iwilei Road, #101**<br>**Honolulu, HI 96817** | - | | pre 9/30/2007 | | | | 28,595.48 |
| Account No. **xxxxxx1237**<br><br>**Fedex Kinko's, Inc.**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** | - | | 1/31/2008 | | | | 175.00 |
| Account No. **xxxxxx1237**<br><br>**Fedex Office**<br>**Lockbox 841198**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** | - | | pre 9/30/2007 | | | | 1,454.74 |
| Account No.<br><br>**Flower Farm, Inc.**<br>**49-051 Johnson Road**<br>**P.O. Box 381**<br>**Kaneohe, HI 96744** | - | | pre 9/30/2007 | | | | 705.38 |

Sheet no. __9__ of __30__ sheets attached to Schedule of                Subtotal                   32,256.79
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                    Case No.    **09-02978**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4051**<br><br>G. Schirmer, Inc.<br>445 Bellvale Road<br>Chester, NY 10918 | | - | 9/10/2009 | | | | 1,688.47 |
| Account No.<br><br>Gerard Schwarz<br>421 West Highland Drive<br>Seattle, WA 98119 | | - | 10/18/2009 | | | | 15,000.00 |
| Account No.<br><br>Ginai K. Curti<br>P.O. Box 861722<br>Wahiawa, HI 96786 | | - | 8/22/2008 | | | | 1,409.32 |
| Account No. **xxxxx7203**<br><br>Grainger, Inc.<br>Dept. 851007203<br>Palatine, IL 60038-0001 | | - | pre 9/30/2007 | | | | 121.86 |
| Account No.<br><br>Guardian Capital Management Hawaii<br>1580 Makaloa Street, #920<br>Honolulu, HI 96814 | | - | 12/1/2008 | | | | 1,883.97 |

Sheet no. __10__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,103.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                    Case No.    **09-02978**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x5784**<br><br>**Hagadone Printing Co. - HSS**<br>**P.O. Box 30041**<br>**Honolulu, HI 96820-0041** | | - | | | 5/26/2009 | | | | 9,497.70 |
| Account No.<br><br>**Hanalani School**<br>**94-294 Anania Drive**<br>**Mililani, HI 96789** | | - | | | pre 9/30/2007 | | | | 20.00 |
| Account No.<br><br>**Hastings & Pleadwell, LLC**<br>**1109 Bethel Street, #410**<br>**Honolulu, HI 96813** | | - | | | pre 9/30/2007 | | | | 10,890.05 |
| Account No. **xx82-1-7**<br><br>**Hawaii Medical Service Association**<br>**P.O. Box 29330**<br>**Honolulu, HI 96820-1216** | | - | | | 10/1/2009 | | | | 41,682.08 |
| Account No.<br><br>**Hawaii Pro Sound & Video**<br>**2645 Kilihau Street**<br>**Honolulu, HI 96819** | | - | | | 10/22/2009 | | | | 7,958.11 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **70,047.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                Case No. __09-02978__
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hawaii Public Radio** <br>**738 Kaheka Street** <br>**Honolulu, HI 96814** | - | | pre 9/30/2007 | | | | 3,400.00 |
| Account No. <br><br>**Hawaii State Tax Collector** <br>**P.O. Box 1425** <br>**Honolulu, HI 96806** | - | | pre 9/30/2007 | | | | 55,267.27 |
| Account No. <br><br>**Hawaii Theatre Center** <br>**1130 Bethel Street** <br>**Honolulu, HI 96813-2201** | - | | pre 9/30/2007 | | | | 9,540.23 |
| Account No. **x-xxxxxxxx15-00** <br><br>**Hawaiian Telcom Yellow Pages** <br>**P.O. Box 712344** <br>**Cincinnati, OH 45271-0001** | - | | pre 9/30/2007 | | | | 765.75 |
| Account No. <br><br>**Heiichiro Ohyama** <br>**5662 Calle Real, #117** <br>**Goleta, CA 93117** | - | | 11/18/2007 | | | | 4,287.50 |

Sheet no. __12__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **73,260.75**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Honolulu Symphony Society**                     Case No. ___09-02978___
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hirasaki Nakagawa**<br>**76 N. King Street, #200**<br>**Honolulu, HI 96817-5157** | - | | | | pre 9/30/2007 | | | | 770.65 |
| Account No.<br><br>**Honolulu Container Sales & Rental**<br>**1051 Mikole Street**<br>**Honolulu, HI 96819-4320** | - | | | | 10/1/2007 | | | | 7,341.42 |
| Account No.<br><br>**Honolulu Downtown Station**<br>**Honolulu, HI 96813** | - | | | | 12/19/2007 | | | | 1,148.00 |
| Account No.<br><br>**Honolulu Symphony Foundation**<br>**50 S. Beretania Street, #C-208B**<br>**Honolulu, HI 96813** | - | | | | pre 9/30/2007 | | | | 16,660.00 |
| Account No.<br><br>**Honolulu Symphony Foundation Inc.**<br>**650 Iwilei Road Suite 202**<br>**Honolulu, HI 96817** | - | | | | 8/9/2006 | | | | 750,000.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of                     Subtotal                     775,920.07
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                Case No. _____09-02978_____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7279<br><br>Honolulu Weekly<br>111 Fort Street Mall<br>Honolulu, HI 96813 | | - | 2/13/2008 | | | | 604.08 |
| Account No.<br><br>Houston Symphony<br>615 Louisianna, #102<br>Houston, TX 77065 | | | 8/19/2008 | | | | 5,192.88 |
| Account No. xxx1157<br><br>IMG Artists, Inc.<br>111 Power Road<br>London, W4 5PY | | - | 8/21/2008 | | | | 11,414.56 |
| Account No.<br><br>Ing<br>PO Box 30856<br>Hartford, CT 06150-0856 | | - | 2/23/2009-10/30/2009 | | | | 6,974.00 |
| Account No.<br><br>Inkinen & Associates<br>1003 Bishop Street, #477<br>Honolulu, HI 96813 | | - | 9/3/2009 | | | | 34,358.63 |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          58,544.15

In re    **Honolulu Symphony Society**                                 Case No. __09-02978__

—————————————————————————————————
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x23IM** <br><br> **International Musician** <br> **221 Walston Street, #200** <br> **Syracuse, NY 13202** | - | | 5/13/208 | | | | 2,800.00 |
| Account No. <br><br> **Iolani Yamashiro** <br> **67 Lopaka Place** <br> **Kula, HI 96790** | - | | 10/15/2009 | | | | 475.19 |
| Account No. <br><br> **Island Insurance Co., Ltd.** <br> **800 S. King Street, 3rd Floor** <br> **Honolulu, HI 96813** | - | | pre 9/30/2007 | | | | 1,823.00 |
| Account No. <br><br> **Island Life** <br> **91-1071 Hokuwela Street** <br> **Kapolei, HI 96707** | - | | pre 9/30/2007 | | | | 2,452.23 |
| Account No. <br><br> **James Albrecht** <br> **99 N. Main Street, Apt. 1211** <br> **Memphis, TN 38103** | - | | 10/12/2009 | | | | 500.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       8,050.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                                Case No. ___09-02978_____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jane Murakami<br>98-1651 Piki Street<br>Aiea, HI 96701 | - | | 1/17/2009 | | | | 269.42 |
| Account No.<br><br>Jean-Marie Zeitouni<br>59 E. 54th Street, #81<br>New York, NY 10022 | - | | 3/29/2009 | | | | 2,600.00 |
| Account No.<br><br>Jeff Davis<br>1511 Nuuanu Avenue, #58<br>Honolulu, HI 96817 | - | | 4/25/2008 | | | | 294.79 |
| Account No.<br><br>Jeff Peterson<br>1901 Judd Hillside Road<br>Honolulu, HI 96822 | - | | 8/22/2008 | | | | 1,885.76 |
| Account No.<br><br>Jeffrey Merriman<br>14348 Wilson Drive<br>Eden Prairie, MN 55347 | - | | 5/13/2008 | | | | 530.00 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,579.97

In re    **Honolulu Symphony Society**                                Case No. ___09-02978___

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joann Falleta (Columbia Artists) 1790 Broadway New York, NY 10019** | - | | 11/5/2008 | | | | 4,674.76 |
| Account No. <br><br> **Jordan Schifino 818 S. King Street, Apt. 505 Honolulu, HI 96813** | - | | 10/20/2009 | | | | 1,000.00 |
| Account No. <br><br> **Joseph Johnson 2727 N. 85th Street Milwaukee, WI 53222** | - | | 8/28/2008 | | | | 1,354.90 |
| Account No. xx15BU <br><br> **JS Services, Inc. 3160 Waialae Avenue Honolulu, HI 96816** | - | | 10/25/2009 | | | | 18,803.61 |
| Account No. xxxxx-12-12 <br><br> **Kaiser Foundation Health P.O. Box 29080 Honolulu, HI 96820-1480** | - | | 10/1/2009 | | | | 37,152.88 |

Sheet no. __17__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    62,986.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Honolulu Symphony Society**                           Case No. ___09-02978___
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3/17/2009 | | | | |
| **Kamehameha Schools Hawaii** **1887 Makuakane Street** **Honolulu, HI 96817** | - | | | | | | 1,165.50 |
| Account No. | | | pre 9/30/2007 | | | | |
| **Kent's Keys** **P.O. Box 10708** **Honolulu, HI 96816** | - | | | | | | 124.14 |
| Account No. | | | pre 9/30/2007 | | | | |
| **KKBG (1)** **913 Kanoelehua Avenue** **Hilo, HI 96720** | - | | | | | | 154.95 |
| Account No. | | | pre 9/30/2007 | | | | |
| **KKBG (2)** **913 Kanoelehua Avenue** **Hilo, HI 96720** | - | | | | | | 154.95 |
| Account No. | | | pre 9/30/2007 | | | | |
| **KLUA** **913 Kanoelehua Avenue** **Hilo, HI 96720** | - | | | | | | 154.95 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,754.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Honolulu Symphony Society**                          Case No. ____09-02978____
_____ ,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Laie Elementary School**<br>**55-109 Kulanui Street**<br>**Laie, HI 96762** | - | | pre 9/30/2007 | | | | 219.00 |
| Account No. <br><br>**Lakefront Communications**<br>**5407 W. McKinley Avenue**<br>**Milwaukee, WI 53208** | - | | pre 9/30/2007 | | | | 52.33 |
| Account No. <br><br>**Lan Hawaii**<br>**P.O. Box 2156**<br>**Honolulu, HI 96805** | - | | pre 9/30/2007 | | | | 1,361.26 |
| Account No. **xxxx5863** <br><br>**League of American Orchestras**<br>**33 West 60th Street, 5th Floor**<br>**New York, NY 10023** | - | | 10/14/2009 | | | | 275.00 |
| Account No. <br><br>**Matthew M. Catingub**<br>**10-300 W. Charleston Blvd. #13-279**<br>**Las Vegas, NV 89135** | - | | 1/1/2009 | | | | 70,275.00 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          72,182.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Honolulu Symphony Society**                                      Case No. __09-02978__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/13/2009 | | | | |
| Matthew Roitstein 920 Ward Street, #12D Honolulu, HI 96814 | - | | | | | | 1,000.00 |
| Account No. | | | 10/12/2009 | | | | |
| Michael D. Russell 393 Ainako Avenue Hilo, HI 96720 | - | | | | | | 425.00 |
| Account No. | | | 10/12/2009 | | | | |
| Michael Martin 3260 Mary Drive Marietta, GA 30066 | - | | | | | | 600.00 |
| Account No. | | | pre 9/30/2007 | | | | |
| Mililani Presbyterian Preschool 95-410 Kuahelani Avenue Mililani, HI 96789 | - | | | | | | 36.00 |
| Account No. | | | 10/31/2007 | | | | |
| Mokapu Elementary School 1193 Mokapu Road Kailua, HI 96734 | - | | | | | | 6.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          2,067.00

In re   **Honolulu Symphony Society**                              Case No. ___**09-02978**___
_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 10/4/2009 | | | | |
| **Montgomery Pacific Outsourcing LLC** **500 Ala Moana Boulevard, #7-411** **Honolulu, HI 96813** | - | | | | | | 18,190.35 |
| Account No. | | | 2/28/2009 | | | | |
| **Musicians Association** **949 Kapiolani Boulevard** **Honolulu, HI 96814** | - | | | | | | 71,845.03 |
| Account No. | | | 3/27/2009 | | | | |
| **Musicians Association Building Corp** **949 Kapiolani Boulevard** **Honolulu, HI 96814** | - | | | | | | 2,187.55 |
| Account No. | | | 5/15/2008 | | | | |
| **Myerberg Shain & Associates** **2336 Aha Maka Way** **Honolulu, HI 96821** | - | | | | | | 26,250.00 |
| Account No. | | | 7/23/2008 | | | | |
| **Mykeyz Locksmith Service** **2958 Ualena Street** **Honolulu, HI 96819** | - | | | | | | 245.03 |

Sheet no. __**21**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          118,717.96

In re    **Honolulu Symphony Society**                                    Case No. ____**09-02978**____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NAJ-ROC, Inc.**<br>**156 West 56th Street**<br>**New York, NY 10019** | - | | 10/24/2009 | | | | 16,250.00 |
| Account No.<br><br>**New Creations**<br>**2016 Colburn Street**<br>**Honolulu, HI 96817** | - | | 5/7/2009 | | | | 1,090.90 |
| Account No.<br><br>**Nygren Consulting, LLC**<br>**155 Clipper Street**<br>**San Francisco, CA 94114** | - | | 7/16/2009 | | | | 2,245.86 |
| Account No.<br><br>**Opera Fairbanks**<br>**P.O. Box 80305**<br>**Fairbanks, AK 99708** | - | | 4/24/2008 | | | | 177.10 |
| Account No.<br><br>**Opus 3 Artists LLC**<br>**470 Park Avenue South, 9th Floor**<br>**New York, NY 10016** | - | | 8/21/2008 | | | | 11,132.94 |

Sheet no. __22__ of __30__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **30,896.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                                    Case No.    **09-02978**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pacific Business News**<br>**P.O. Box 36759**<br>**Charlotte, NC 28254-3763** | - | | pre 9/30/2007 | | | | 51.00 |
| Account No. **x2511** <br><br>**Pacific Club**<br>**1451 Queen Emma Street**<br>**Honolulu, HI 96813-2098** | - | | 5/31/2008 | | | | 186.00 |
| Account No. <br><br>**Pacific Focus Inc.**<br>**1013 Kawaiahao Street**<br>**Honolulu, HI 96814** | - | | 5/15/2008 | | | | 41.88 |
| Account No. **x7538** <br><br>**Pacific Guardian Life**<br>**1440 Kapiolani Boulevard, #1700**<br>**Honolulu, HI 96814** | - | | 9/30/2009 | | | | 3,462.94 |
| Account No. <br><br>**Philip Hidalgo**<br>**1551 Thurston Avenue, #A5**<br>**Honolulu, HI 96822** | - | | 4/10/2008 | | | | 100.00 |

Sheet no.  **23**  of  **30**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **3,841.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re __Honolulu Symphony Society__                    Case No. ___09-02978___
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6543**<br><br>**Pitney Bowes Global Financial Servi**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | - | | 10/20/2009 | | | | 739.12 |
| Account No. **xx2701**<br><br>**Premium Assignment Corporation**<br>**P.O. Box 3100**<br>**Tallahassee, FL 32315-3100** | - | | 10/24/2009 | | | | 3,341.62 |
| Account No.<br><br>**Prestige Valet Service**<br>**P.O. Box 240464**<br>**Honolulu, HI 96824** | - | | 10/22/2007 | | | | 1,190.55 |
| Account No.<br><br>**Rachel Bower**<br>**3817 Franklin Road**<br>**Magna, UT 84044** | - | | 4/26/2009 | | | | 1,000.00 |
| Account No.<br><br>**RE Consulting**<br>**P.O. Box 25774**<br>**Honolulu, HI 96825** | - | | pre 9/30/2007 | | | | 879.58 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      7,150.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Honolulu Symphony Society**                                    Case No.   **09-02978**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1301<br><br>Receivables Management Services<br>4836 Brecksville Road<br>P.O. Box 523<br>Richfield, OH 44286 | - | | 5/17/2008 | | | | 143.87 |
| Account No.<br><br>RSS Ltd.<br>1658 Liholiho Street, #306<br>Honolulu, HI 96822 | - | | 10/14/2007 | | | | 1,777.48 |
| Account No. 531<br><br>Safety Systems Hawaii, Inc.<br>815-C Waiakamilo Road<br>Honolulu, HI 96817 | - | | 5/25/2009 | | | | 812.52 |
| Account No.<br><br>Schenk's Specialized Services LLC<br>P.O. Box 870<br>Waianae, HI 96792 | - | | 5/19/2008 | | | | 2,358.63 |
| Account No.<br><br>Scott Foster & Associates<br>3050 Kahaloa Place<br>Honolulu, HI 96822-1541 | - | | pre 9/30/2007 | | | | 5,000.00 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          10,092.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Honolulu Symphony Society** _____,    Case No. ____**09-02978**____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Scott Janusch <br> 1452 Liholiho Street, #PH601 <br> Honolulu, HI 96822 | - | | 5/31/2008 | | | | 70.00 |
| Account No. xxxxx5756 <br><br> Securitas Security Services, Inc. <br> File 57220 <br> Los Angeles, CA 90074-7220 | - | | 9/25/2009 | | | | 4,842.97 |
| Account No. xxxxxM-000 <br><br> Show Department, Inc. <br> 2201 W. Fulton Street <br> Chicago, IL 60612 | - | | 5/29/2008 | | | | 617.41 |
| Account No. <br><br> St. Louis School <br> 3142 Waialae Avenue <br> Honolulu, HI 96816-1579 | - | | 10/17/2007 | | | | 4,630.36 |
| Account No. 1471 <br><br> Star-Bulletin-Midweek <br> 500 Ala Moana Boulevard, #7-500 <br> Honolulu, HI 96813 | - | | 3/2/2009 | | | | 17,681.45 |

Sheet no. __**26**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **27,842.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Honolulu Symphony Society**  Case No. ___09-02978___
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3/19/2008 | | | | |
| State of Hawaii, Dept. of Education 81-1043 Konawaena School Road Kealakekua, HI 96750 | - | | | | | | 273.66 |
| Account No. | | | pre 9/30/2007 | | | | |
| Steve Murphy 5407 W. McKinley Avenue Milwaukee, WI 53208 | - | | | | | | 262.50 |
| Account No. | | | 4/23/2008 | | | | |
| Stuart Chafetz 833 Papalalo Place Honolulu, HI 96825 | - | | | | | | 7,191.54 |
| Account No. | | | 4/21/2009 | | | | |
| Susan Halpern 111 Walworth Avenue Scarsdale, NY 10583 | - | | | | | | 4,870.00 |
| Account No. 4394 | | | pre 9/30/2007 | | | | |
| Sweet Leilani Florist 620 Dillingham Boulevard Honolulu, HI 96817 | - | | | | | | 247.13 |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        12,844.83

In re   **Honolulu Symphony Society**                    Case No. **09-02978**
_____
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **#xxxxxxxxx & xxxxx0476**<br><br>T-Mobile<br>P.O. Box 51843<br>Los Angeles, CA 90051-6143 | | - | 9/27/2009 | | | | 1,127.31 |
| Account No. **xx9020**<br><br>The Honolulu Advertiser<br>P.O. Box 30210<br>Honolulu, HI 96820-0210 | | - | 6/2/2008 | | | | 11,179.04 |
| Account No.<br><br>The Manoa Strings<br>c/o Louise Ching<br>1558a Piikoi Street<br>Honolulu, HI 96822 | | - | 9/5/2008 | | | | 900.00 |
| Account No. **HONSYM**<br><br>The Mountain Apple Company<br>1330 Ala Moana Boulevard, #1<br>Honolulu, HI 96814 | | - | 4/2/2008 | | | | 167.84 |
| Account No.<br><br>Thea Dispeker, Inc.<br>59 E. 54th Street, #81<br>New York, NY 10022 | | - | pre 9/30/2007 | | | | 4,114.50 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,488.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Honolulu Symphony Society**                    Case No. _____09-02978_____
                                              _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ticket Refunds** | | - | | 8/2009 | | | | 817,685.54 |
| Account No. **xx0288** <br><br> **Ticketmaster** <br> **8800 W. Sunset Boulevard** <br> **West Hollywood, CA 90069** | | - | | 9/20/2009 | | | | 2,415.88 |
| Account No. **x3626** <br><br> **Torkildson Katz Fonseca Moore & Het** <br> **700 Bishop Street, 15th Floor** <br> **Honolulu, HI 96813–4187** | | - | | pre 9/30/2007 | | | | 20,634.18 |
| Account No. <br><br> **Tour Design, Inc.** <br> **10089 Allisonville Road** <br> **Fishers, IN 46038** | | - | | pre 9/30/2007 | | | | 666.22 |
| Account No. <br><br> **Trade Publishing Company, Ltd.** <br> **287 Mokauea Street** <br> **Honolulu, HI 96819** | | - | | pre 9/30/2007 | | | | 1,383.25 |

Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          842,785.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Honolulu Symphony Society**                                    Case No.   **09-02978**
_____ ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Varsily Petrenko**<br>**Italyarskaya UL 6135**<br>**St. Petersburg 191011, Russia** | - | | 4/28/2009 | | | | 5,000.00 |
| Account No. **xxxx1163** <br><br>**Verizon Credit Inc.**<br>**P.O. Box 650478**<br>**Dallas, TX 75265-1478** | - | | 12/11/2007 | | | | 3,680.13 |
| Account No. <br><br>**Wade Butin**<br>**1515 Nuuanu Avenue, #167**<br>**Honolulu, HI 96817** | - | | 5/31/2008 | | | | 42.65 |
| Account No. **#xxx-xx3384** <br><br>**Xerox Corporation Ser.**<br>**P.O. Box 7405**<br>**Pasadena, CA 91109-7405** | - | | 5/2/2009 | | | | 1,870.33 |
| Account No. **#xxx-xx7648** <br><br>**Xerox Corporation Ser.**<br>**P.O. Box 7405**<br>**Pasadena, CA 91109-7405** | - | | 5/2/2009 | | | | 1,992.98 |

Sheet no. __30__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 12,586.09 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 3,508,599.99 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Honolulu Symphony Society**              Case No.   **09-02978**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Artists Acquisition LLC**<br>**825 Eighth Avenue**<br>**New York, NY 10019** | **Employment Contract** |
| **DEG HI, LLC**<br>**1132 Bishop Street, #2305**<br>**Honolulu, HI 96813** | **Office lease - Honolulu Club building** |
| **Dept. of Enterprise Svcs, C&C Hon.**<br>**Neal S. Blaisdell Center**<br>**777 Ward Avenue**<br>**Honolulu, HI 96814** | **Rental Agreement for use of Neal S. Blaisdell Concert Hall** |
| **IATSE Local 665**<br>**875 Waimanu Street, Suite 610**<br>**Honolulu, HI 96813** | **Employment Contract** |
| **Matthew M. Catingub**<br>**c/o Production Central**<br>**PO Box 16920**<br>**Encino, CA 91416** | **Employment Contract** |
| **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** | **Lease on postage machine** |
| **Sheraton Waikiki Resort**<br>**2255 Kalakaua Avenue**<br>**Honolulu, HI 96813** | **Contract to hold ballroom for Symphony Ball** |
| **Xerox Corporation**<br>**700 Bishop Street**<br>**Suite 1200**<br>**Honolulu, HI 96813** | **2 Xerox copy machine leases** |

**0**

     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Honolulu Symphony Society**                          Case No.     **09-02978**

                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

## United States Bankruptcy Court
### District of Hawaii

In re   **Honolulu Symphony Society**

Debtor(s)

Case No.   **09-02978**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **61** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 28, 2010**

Signature

**Majken Mechling**
**Executive Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.