ord021

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Honolulu Symphony Society**  Case No.: **09–02978**

Debtor(s).  Chapter: **7**

SSN of Debtor:

SSN of Joint Debtor:

*Date Entered: December 13, 2010*

## ORDER CONVERTING CHAPTER 11
## CASE TO CHAPTER 7 CASE

The debtor has requested conversion and meets the requirements under 11 U.S.C. § 1112(a) or the court has found cause, as stated on the record in open court pursuant to Fed. R. Bankr. P. 7052, to convert this case under 11 U.S.C. § 1112(b).

**IT IS HEREBY ORDERED:**

1. This case is converted to a case under chapter 7 of the Bankruptcy Code.

2. Within 14 days after the date of entry of this order, the debtor must file:

    a. the schedules and statements required by 11 U.S.C. § 521(a)(1) and Fed. R. Bankr. P. 1019(1)(A), if such documents have not been previously filed; and

    b. If this case commenced on or after October 17, 2005, a Chapter 7 Statement of Current Monthly Income and Means–Test Calculation (Official Form B22A).

3. If the debtor is an individual, then, within 30 days after the date of entry of this order or before the first date set for the meeting of creditors in the converted case, the debtor must file the statement of intention (Official Form 8) required by 11 U.S.C. § 521(a)(2)(A) and Fed. R. Bankr. P. 1019(B).

4. If the court has confirmed a plan or reorganization, then, within 30 days after the date of entry of this order, the debtor must file the schedules of property acquired, debts incurred, and executory contracts and unexpired leases entered into or asumed after commencement of the case but before conversion, as required by Fed. R. Bankr. P. 1019(5)(C).

5. The debtor in possession or chapter 11 trustee must:

    a. File a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of the holder of a claim, within 14 days after the date of entry of this order;

    b. File and transmit to the United States Trustee a final report and account, within 30 days after the date of entry of this order;

    c. Forthwith turn over to the chapter 7 trustee all records and property of the estate in the possession or control of the debtor in possession or chapter 11 trustee; and

    d. Send the notice required by Fed. R. Bankr. P. 1019(6) to the holder of each preconversion claim listed in the schedule of postpetition debts and file a certificate of service to verify compliance.

6. If the debtor or the debtor in possession is an individual and fails timely to comply with the provisions of this order, the court may dismiss the case and bar the debtor from filing a subsequent petition for 180 days after the date of entry of this order, without further notice or a hearing.

**Dated: December 13, 2010**

Honolulu, Hawaii

*Robert J. Faris*
United States Bankruptcy Judge