*Filer's Name, Address, Phone, Fax, Email:*

ELIZABETH A. KANE #4694
LAW OFFICE OF ELIZABETH A. KANE, LLC
P.O. BOX 1573
Honolulu, Hawaii 96806
Telephone: (808) 525-6301
Facsimile: (808) 525-6302
E-mail: ekane@aloha.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9073-1 (02/10)

| | |
|---|---|
| *Debtor:* Honolulu Symphony Society | *Case No.:* **09-2978** |
| *Joint Debtor:* *(if any)* | *Chapter:* **7** |
| *[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]*<br>*Plaintiff(s):*<br>*vs.*<br>*Defendant(s):* | *Adversary Proceeding No.:* *(if applicable)* |
| **NOTICE OF HEARING**<br>**Courtroom – 1132 Bishop Street, Honolulu, Hawaii** | ***Hearing Date:*** **March 16, 2011**<br>***Time:*** **2:00 P.M.**<br>***Objections Due:*** **3/2/2011** |

| | | |
|---|---|---|
| *Matter being heard:* | TRUSTEE'S MOTION FOR: (1) AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS; (2) EMPLOY HERITAGE GLOBAL PARTNERS, AUCTIONEER; (3) REIMBURSE AUCTIONEER FOR EXPENSES UP TO $25,000 AND APPROVE COMPENSATION FOR AUCTIONEER; AND (4) APPROVE BIDDING PROCEDURES | *Related Dkt No.:* **150** |
| *Moving Party:* | Richard A. Yanagi, Trustee | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

The trustee requests authority to sell the assets of the estate, including musical instruments, musical literature, tangible personal property, and intellectual property, free and clear of liens, at an auction to be conducted on or about March 17, 2011. All prospective bidders will be required to post a refundable deposit of $25,000.00 before being eligible to bid. The deposit would be refunded if the bidder is not the successful bidder at the auction. Before bidding, each bidder would also be required to sign a bid form, acknowledging and agreeing to be bound by the terms set forth in this motion, and as they may be modified by the Court in a hearing on this motion. The minimum bid would be $200,000.00, exclusive of the Buyer's Premium due to HGP. The successful bidder would be given 48 hours from the conclusion of the auction to pay the Trustee in full by cashier's check for the items purchased. If the bidder fails to pay, the Trustee would have the right to retain the deposit, and sell the Property to the next highest bidder.

The Trustee requests authority to employ Heritage Global Partners as auctioneer, to be compensated by means of a Buyer's Premium of 10% of the purchase price, together with reimbursement of its expenses up to $25,000.00.

The only lien of which the trustee is aware is a potential landlord's or warehouseman's lien in favor of Honolulu Container Sales and Rental, on a concert tent stored with Honolulu Container Sales and Rental. The Trustee requests that the lien, to the extent valid, attach to the proceeds of the sale.

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

> **Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after _____* .]:
>
> _____      How calculated:
>              Date

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to:

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: _____   /s/_____
                                      for Movant        (Print name also if original signature)