| Trustee Name, Address, Phone, Fax, Email:<br>RICHARD A. YANAGI<br>P.O. Box 37024<br>Honolulu, HI 96837<br>Phone: (808) 599-0339<br>Fax: (808) 312-6305<br>Email: yanagichap7@gmail.com | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII |
|---|---|
| Debtor(s):<br><br>HONOLULU SYMPHONY SOCIETY | Case No.: 09-02978<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $32,744.79 |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
|  | Please See Attached Sheet |  |

Dated: May 11, 2017

/s/ RICHARD A. YANAGI
      Trustee

Unclaimed Funds
Honolulu Symphony Society
09-02978

| Claim No. | Claimant's Name and Address | Amount |
| --- | --- | --- |
| 1 | Dennis D. Kamakahi<br>3215 Ala Ilima St # B606<br>Honolulu, HI  96818 | $   410.72 |
| 77 | Constance Uejio<br>919 20th Ave<br>Honolulu, HI  96816 | $2,126.83 |
| 96 | Geoffrey Stone<br>1447 Kewalo St # 201<br>Honolulu, HI  96822 | $1,646.83 |
| 128 | Melissa Lund<br>60 Dudley St # 217<br>Chelsea, MA  02150 | $1,558.21 |
| 131 | Stephen Dinion<br>1441 Victoria St # 505<br>Honolulu, HI  96822 | $2,264.52 |
| 132 | Jason Wayne Doherty<br>405 Kessler Blvd East Drive<br>Indianapolis, IN  46220 | $2,060.32 |
| 136 | Eric Shin<br>100 Riverfront Dr # 910<br>Detroit, MI  48226 | $2,084.10 |
| 137 | Michiko Singh<br>227-2245 Portage Ave<br>Winnipeg Mb R2j0L9<br>Canada | $1,740.56 |
| 144 | Andrew Eckard<br>710 Lunalilo St # 501<br>Honolulu, HI  96813 | $1,949.82 |

| | | |
|---|---|---|
| 146 | James Albrecht<br>99 N. Main St, Apt 1211, 4A<br>Memphis, TN  38103 | $     49.94 |
| 149 | Karen Bechtel<br>1466 Akeakamai St<br>Honolulu, HI  96816 | $1,690.75 |
| 152 | Catherine Weinfield<br>343 Clarksville Rd<br>Princeton Junction, NJ  08550 | $1,646.83 |
| 185 | Cyril L. Pahinui<br>94-870 Lumiauau St # K-104<br>Waipahu, HI  96797 | $   262.19 |
| 197 | F&F Waimanu Associates LLC<br>Steven K.S. Chung & Associates LLC<br>841 Bishop St # 410<br>Honolulu, HI  96813 | $13,253.35 |